IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME L. GRIMES, | ) | No. C 13-1010 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| DR. FRISHMAN, | ) | |
| Defendants. | ) | (Docket Nos. 3 and 4) |
| _____ | ) | |

On March 6, 2013, Plaintiff, a California prisoner proceeding pro se, filed civil action in this Court. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the filing fee or complete his IFP application, including a statement from his inmate trust account and certificate of funds signed by an authorized jail official, within thirty days. Plaintiff submitted two IFP applications that did not include the trust account statement or a signed and completed certificate of funds form. No further communication from Plaintiff has been received. As more than thirty days have passed and Plaintiff has neither paid the filing fee, submitted a complete IFP application nor shown cause for his failure to do

1 so, this case is DISMISSED without prejudice. The incomplete IFP applications (docket
2 3 and 4) are DENIED and no fee is due.
3     The Clerk shall enter judgment and close the file.
4     IT IS SO ORDERED.
5 DATED: May 1, 2013

6                   JEFFREY S. WHITE
                  United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

JEROME L GRIMES et al,

       Plaintiff,

  v.

FRISHMAN et al,

       Defendant.
_____/

Case Number: CV13-01010 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
Napa State Hospital
#206586-0/ Unit Q-1 & 2
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: May 1, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk